UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| TRAXXAS, L.P., | § | |
| | § | |
| Plaintiff(s), | § | |
| VS. | § | CIVIL ACTION NO. 2:20-CV-12-JRG-RSP |
| | § | |
| EGRANDBUY, INC., | § | |
| | § | |
| Defendant(s). | § | |

## AFFIDAVIT OF SERVICE

Came to my hand on **Wednesday, February 5, 2020 at 2:00 PM**,
Executed at: **8427 SECURA WAY, SANTA FE SPRINGS, CA 90670**
within the county of **LOS ANGELES** at **12:06 PM**, on **Friday, February 21, 2020**,
by delivering to the within named:

**EGRANDBUY, INC.**

By delivering to its **Authorized Representative, EVONNE WONG**, a true copy of this

**SUMMONS IN A CIVIL ACTION, COMPLAINT FOR TRADEMARK INFRINGEMENT, UNFAIR COMPETITION, DILUTION, AND UNJUST ENRICHMENT with EXHIBITS attached and CIVIL COVER SHEET**

having first endorsed thereon the date of the delivery.

**BEFORE ME,** the undersigned authority, on this day personally appeared **J. SHULTZ** who after being duly sworn on oath states: "My name is **J. SHULTZ**. I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of California. I have personal knowledge of the facts and statements contained in this affidavit and aver that each is true and correct. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude."

By: _____
J. SHULTZ-PROCESS SERVER

Subscribed and Sworn to by J. SHULTZ, Before Me, the undersigned authority, on this 2ND day of ~~February~~ MARCH, 2020.

_____
Notary Public in and for the State of California

ANN E. YOST
COMM. # 2177033
NOTARY PUBLIC - CALIFORNIA
LOS ANGELES COUNTY
COMM. EXPIRES JAN. 5, 2021

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| Traxxas, L.P. <br><br> *Plaintiff(s)* <br> v. <br> eGrandbuy, Inc. <br><br> *Defendant(s)* | Civil Action No. 2:20-cv-12-JRG-RSP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  eGrandbuy, Inc.
c/o Jiong Ma
8427 Secura Way
Santa Fe Springs, CA 90670

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   William E. Davis, III
The Davis Firm, PC
213 N. Fredonia Street, Suite 230
Longview, TX 75601
bdavis@bdavisfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  __2/5/20_____          _David A. O'Toole_____
                                                                                  *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:20-cv-12-JRG-RSP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: _____        _____
                             *Server's signature*

                             _____
                             *Printed name and title*

                             _____
                             *Server's address*

Additional information regarding attempted service, etc:

\*\* SEE ATTACHED\*\*
\*\*\*AFFIDAVIT\*\*\*