**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| TRAXXAS, L.P., | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 2:20-cv-00012-JRG-RSP |
| EGRANDBUY, INC., | § § § | |
| *Defendant*. | § | |

**ORDER**

Before the Court is the Joint Motion for Extension of Time to Exchange Additional Disclosures filed by Plaintiff Traxxas, L.P. and Defendant eGranbuy, Inc. **Dkt. No. 34**. The parties' Joint Motion seeks to extend the deadline to comply with Paragraph 3 of the Discovery Order from November 9, 2020 to through December 21, 2020. Aside from pushing this deadline past the December 3, 2020 deadline to join additional parties (Dkt. No. 31 at 3), this extension would not disrupt any other deadlines on the schedule. *See* Dkt. No. 31.

After due consideration, the Court **GRANTS** the parties' Joint Motion. It is therefore **ORDERED** that the deadline to comply with Paragraph 3 of the Discovery Order is extended from November 9, 2020 to through December 21, 2020. It is further **ORDERED** that the deadline to join additional parties is hereby extended to through December 23, 2020.

**SIGNED this 10th day of November, 2020.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE