**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| TRAXXAS, L.P., § § *Plaintiff*, § § v. § § EGRANDBUY, INC., § § *Defendant*. § | Case No. 2:20-cv-00012-JRG-RSP |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Defendant eGrandbuy, Inc. previously filed a Motion to Dismiss for Lack of Jurisdiction and/or for Improper Venue and Motion in the Alternative to Transfer Venue to the Central District of California. (Dkt. No. 11.) Plaintiff Traxxas, L.P. then filed a Motion for Discovery Concerning Defendant eGrandbuy's Motion to Dismiss. (Dkt. No. 15.)  Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 24), recommending denial of eGrandbuy's Motion to Dismiss and recommending finding as moot Traxxas' Motion for Discovery. Because no objections have been filed and because of the reasons set forth in the Report and Recommendation, the Recommendation is **ADOPTED**. It is therefore **ORDERED** that the Motion to Dismiss (Dkt. No. 11) is **DENIED**. It is further **ORDERED** that the Motion for Discovery (Dkt. No. 15) is **DENIED AS MOOT**.

So ORDERED and SIGNED this 1st day of December, 2020.

RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE