# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TRAXXAS, L.P., § § § *Plaintiff,* § § v. § § EGRANDBUY, INC., § § *Defendant.* § | Civil Action No. 2:20-cv-12-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO AMEND DOCKET CONTROL ORDER

NOW COME JOINTLY Plaintiff Traxxas, L.P. and Defendant eGrandbuy, Inc. and respectfully move for entry of the Second Amended Docket Control Order attached hereto. In support of their motion, the parties would respectfully show the Court as follows:

The Court issued its original Docket Control Order on October 7, 2020. Doc. No. 31. Upon the parties' joint motion, the Court issued a First Amended Docket Control Order on December 1, 2020. Doc. No. 37. The parties have met and conferred and, based on the recent holidays, the current case schedule, and the status of discovery, agree that postponing several discovery deadlines (including the deadline for each side's expert disclosures) will likely help secure the "just, speedy, and inexpensive determination" of this action. FED. R. CIV. P. 1. The parties' proposal does not affect any dispositive motion or hearing deadlines.

WHEREFORE, PREMISES CONSIDERED, the parties jointly pray that the Court enter the attached Second Amended Docket Control Order and for all other relief to which they are justly entitled.

Dated: January 6, 2021

Respectfully submitted,

By: /s/ William E. Davis, III
William E. Davis, III
Texas State Bar No. 24047416
bdavis@bdavisfirm.com
Debra Coleman (Of Counsel)
Texas State Bar No. 24059595
dcoleman@bdavisfirm.com
**Davis Firm, PC**
213 N. Fredonia Street, Ste. 230
Longview, Texas 75601
Telephone: (903) 230-9090
Facsimile: (903) 230-9661

*Counsel for Plaintiff Traxxas, L.P.*


By: /s/ Michael Machat
Michael Machat (admitted *pro hac vice*)
michael@machatlaw.com
**Machat & Associates, PC**
8730 W. Sunset Blvd., Ste. 250
West Hollywood, California 90069
Telephone: (310) 860-1833

*Counsel for Defendant eGrandbuy, Inc.*


## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document and all attachments thereto are being filed electronically in compliance with Local Rule CV-5(a).  As such, this document is being served this January 6, 2021, on all counsel of record, each of whom is deemed to have consented to electronic service.  L.R. CV-5(a)(3)(A).

/s/ Debra Coleman
Debra Coleman

## CERTIFICATE OF CONFERENCE

      The undersigned certifies that counsel have complied with the meet-and-confer requirements of Local Rule CV-7(h) and (i) and that the foregoing motion is joined in its entirety by both parties.

                                              Debra Coleman